**Jerry L. STEPHENS, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 04–3248.

United States Court of Appeals, Federal Circuit.

June 21, 2004.

James L. Major, Principal Attorney, Broadview Hgts, OH, for Petitioner.

Doris Finnerman, Principal Attorney, James M. Kinsella, David M. Cohen, Of

* Northpoint Technology, Ltd.

Counsel, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.